IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DeAndre D. Nealey,

            Plaintiff,

v.

The State of Ohio,

           Defendant.

Case No. 2:24-cv-4047

Judge Graham

Magistrate Judge Deavers

## Order

This matter is before the Court for consideration of the December 2, 2024 Report and Recommendation of the Magistrate Judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The Magistrate Judge recommended that the plaintiff's complaint be dismissed without prejudice for want of prosecution.

The Report and Recommendation specifically advised the parties of their right to file objections with fourteen days. The time period for filing objections has expired, and no party has objected to the Report and Recommendation.

Upon review, the Court agrees with the Report and Recommendation (Doc. 5), and it is hereby adopted. Plaintiff's complaint is dismissed without prejudice for want of prosecution.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: January 7, 2025